CONNECTICUT NATIONAL BANK *v.*
J. SCOTT BRODER ET AL.
(11287)

LAVERY, HEIMAN and SCHALLER, Js.

Argued November 3—decision released November 24, 1992

*Matthew B. Woods,* for the appellant (named defendant).

*William Vishno,* with whom, on the brief, was *Sean O. LeBas,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed and the case is remanded with direction to set new law days.